## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **TRUST HOTEL GROUP, LLC DBA TRU BY HILTON** | * * | **HURRICANE CASE** |
| *Plaintiff,* | * * * | CIVIL ACTION NO.: 2:21-cv-04359 |
| VS. | * * | DISTRICT JUDGE: James D. Cain, Jr. |
| **GOTHAM INSURANCE COMPANY** *Defendant.* | * * * | MAGISTRATE JUDGE: Kathleen Kay |

## MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff Trust Hotel Group, LLC DBA Tru by Hilton (Plaintiff) who respectfully submits that it has compromised and settled its claims against Defendant Gotham Insurance Company, and thus wishes to dismiss all of its claims against Defendant, with prejudice, each party to bear their own attorney's fees.

Respectfully submitted,

_____
**KEVIN R. SLOAN (#34093)**
GAUTHIER MURPHY & HOUGHTALING LLC
3500 N. Hullen Street
Metairie, Louisiana 70002
Telephone:  504-456-8625
Facsimile:  504-456-8624

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading was this day filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure, on this 26th day of June, 2023.

_____
**KEVIN R. SLOAN**