**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **TRUST HOTEL GROUP, LLC DBA TRU BY HILTON** | * * | **HURRICANE CASE** |
| *Plaintiff,* | * | CIVIL ACTION NO.: |
| | * | 2:21-cv-04359 |
| | * | |
| VS. | * | DISTRICT JUDGE: |
| | * | James D. Cain, Jr. |
| **GOTHAM INSURANCE COMPANY** | * | |
| *Defendant.* | * | MAGISTRATE JUDGE: |
| | * | Kathleen Kay |

**ORDER**

Considering the foregoing Motion to Dismiss with Prejudice:

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff Trust Hotel Group, LLC DBA Tru by Hilton's Motion is **GRANTED**, all claims against Defendant Gotham Insurance Company are **DISMISSED with prejudice**.

Lake Charles, Louisiana, this  30th   day of  June                              , 2023.

_____
**JUDGE JAMES D. CAIN, JR.**